UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WESLEY ROBERT MILLS,

    Plaintiff,

v.                                      Case No. 8:14-cv-699-T-AAS

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Petition for Attorney Fees (Doc. 40). By the Motion, Plaintiff seeks attorney's fees in the amount of $15,026.89 plus expenses of $282.28, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff proceeded *in forma pauperis* (Doc. 5), and therefore did not incur any costs.

On March 21, 2014, Plaintiff sought judicial review of the final decision of the Commissioner of Social Security denying his claim for Social Security disability insurance benefits. (Doc. 1). On April 28, 2015, the Court affirmed the denial of benefits. (Doc. 27). On appeal, the Eleventh Circuit reversed and remanded the case for further proceedings. (Docs. 36, 38). Accordingly, as the prevailing party, Plaintiff now requests an award of fees and expenses. *See* 28 U.S.C. § 2412(a)(1) & (d)(1)(A).

The Commissioner does not oppose the requested relief (Doc. 40). After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

For the reasons set out in Plaintiff's motion, therefore, it is hereby **ORDERED:**

1. Plaintiff's Petition for Attorney Fees (Doc. 40) is **GRANTED.**

2. Plaintiff is awarded attorney's fees in the amount of $15,026.89 plus expenses of $282.28, totaling $15,309.17.

**DONE AND ORDERED** in Tampa, Florida, on this 9th day of December, 2016.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Counsel of Record